# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDDIE FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 08-1685 FMO<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees and costs in the amount of Three-Thousand, Seven-Hundred, Ninety-nine dollars and twelve cents (**$3,799.12**) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 4th day of March, 2011.

                                                /s/
                                   Fernando M. Olguin
                              United States Magistrate Judge